Certificate Number: 14912-CAC-DE-039725562

Bankruptcy Case Number: 25-13703



14912-CAC-DE-039725562

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 2, 2025, at 7:49 o'clock PM EDT, Dwight Lewis completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   June 2, 2025                By:   /s/Jai Bhatt

                                    Name: Jai Bhatt

                                    Title: Counselor