United States Bankruptcy Court

Central District of California

In re: Case No. 25-13703-WB

Dwight Dewayne Lewis Sr  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2      User: admin      Page 1 of 2

Date Rcvd: Jun 04, 2025      Form ID: ustabus1      Total Noticed: 18

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Dwight Dewayne Lewis Sr, 2037 W 66th St, Los Angeles, CA 90047-1719 |
| 42459664 | Katherine Lewis, 2037 W 66th St, Los Angeles, CA 90047-1719 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: itcdbg@edd.ca.gov | Jun 05 2025 00:52:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 05 2025 00:52:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Jun 05 2025 00:51:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42459654 | Email/Text: cms-bk@cms-collect.com | Jun 05 2025 00:52:00 | Capital Management Services, 698 1/2 S Ogden St, Buffalo, NY 14206-2317 |
| 42459655 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 05 2025 01:02:46 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42459656 | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 05 2025 01:02:44 | Capital One Auto Finance, PO Box 60511, City Industry, CA 91716-0511 |
| 42459657 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 05 2025 01:13:06 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42459658 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2025 01:13:11 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42459659 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 05 2025 01:13:15 | Citibank / Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 42459660 | Email/Text: mrdiscen@discover.com | Jun 05 2025 00:51:00 | Discover Bank, PO Box 30943, Salt Lake Cty, UT 84130-0943 |
| 42459661 | Email/Text: BKBNCNotices@ftb.ca.gov | Jun 05 2025 00:52:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 42459662 | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 05 2025 00:52:00 | GM Financial, PO Box 183853, Arlington, TX 76096-3853 |
| 42459663 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2025 00:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42459665 | Email/Text: EBN@Mohela.com | Jun 05 2025 00:51:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 42459666 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 05 2025 00:51:00 | Nationstar Mortgage, PO Box 650783, Dallas, TX 75265-0783 |
| 42459667 | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 05 2025 01:01:56 | Synchrony / PayPal Credit, PO Box 71727, Philadelphia, PA 19176-1727 |

TOTAL: 16

District/off: 0973-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 04, 2025 | Form ID: ustabus1 | Total Noticed: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 06, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A., c/o AIS Portfolio Services, LLC amit.sharma@aisinfo.com |
| Benjamin Heston | on behalf of Debtor Dwight Dewayne Lewis Sr bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Sam S Leslie (TR) | sleslie@trusteeleslie.com trustee@trusteeleslie.com;C195@ecfcbis.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

Form abusecac1
(07/06)

# United States Bankruptcy Court
## Central District of California

255 East Temple Street, Los Angeles, CA 90012

# CLERK'S NOTICE OF UNITED STATES TRUSTEE'S
# STATEMENT OF PRESUMED ABUSE

**DEBTOR(S) INFORMATION:**
Dwight Dewayne Lewis Sr
**SSN:** xxx–xx–2662
**EIN:** N/A

2037 W 66th St
Los Angeles, CA 90047–1719

**BANKRUPTCY NO.** 2:25–bk–13703–WB
**CHAPTER** 7

The United States Trustee has reviewed all materials filed by the Debtor and has determined that the Debtor's case is presumed to be an abuse under Section 707(b).

As required by 11 U.S.C. Section 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this statement's filing, either file a motion to dismiss or convert under 11 U.S.C. Section 707(b) or file a statement setting forth the reasons United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Section 707(b)(2)(B).

Dated: June 3, 2025

For the Court,

**Kathleen J. Campbell**
Clerk of Court

(Form rev. 07/06) abusecac1

**12 /**